**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-2008**

MICHAEL ROBERT GALLAGHER,

                    Plaintiff - Appellant,

          v.

DENISE BITZ, Director of Brother Wolf Animal Rescue,

                    Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Martin K. Reidinger, District Judge.  (1:14-cv-00215-MR-DLH)

Submitted:  December 16, 2014      Decided:  December 18, 2014

Before DUNCAN and DIAZ, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Michael Robert Gallagher, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Robert Gallagher appeals the district court's order dismissing his civil action for lack of subject matter jurisdiction. On appeal, we confine our review to the issues raised in the Appellant's brief. <u>See</u> 4th Cir. R. 34(b). Because Gallagher's informal brief does not challenge the basis for the district court's disposition, Gallagher has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We deny Gallagher's motion to expedite decision and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>